## Commonwealth *v.* Caskie, Appellant.

Before BERTOLET, J.

Submitted December 9, 1968. *Clement James Cassidy,* Assistant Public Defender, and *John B. Stevens, Jr.,* Public Defender, for appellant; *Arthur Ed. Saylor,* First Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Collins, Appellant.

Before SPORKIN, J.

Submitted December 11, 1968. *John F. Collins,* appellant, in propria persona; *James D. Crawford,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.